UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:18-cv-00692-WOB-SKB

SARAH CORSO, individually
and as the natural parent and
next friend of John Doe, her
minor child; IAN DENNY,
individually and as the natural
parent and next friend of
John Doe, his minor child;
AND JOHN DOE, a minor.                                                               PLAINTIFFS

VS.                                            JUDGMENT

HAMILTON COUNTY, OHIO;
HAMILTON COUNTY BOARD
OF COMMISSIONERS; AND
JOY SWING, individually and in
her Official Capacity as a Children's
Services Supervisor for Hamilton
County Job & Family Services.                                                         DEFENDANTS.

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that summary judgment be, and is hereby,

**ENTERED IN DEFENDANTS' FAVOR**. This matter is hereby **STRICKEN** from the docket

of the Court.

This 6th day of July 2021.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge